

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00012-CV

PATRICK MAHAFFEY 

APPELLANT
AND APPELLEE

V.

SETH WASHBURNE AND THIRSTY
13TH, LLC 

APPELLEES
AND APPELLANTS

------------

### FROM THE 48TH DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 048-268735-13

------------

## MEMORANDUM OPINION[1]

------------

We have considered cross-appellants Seth Washburne and Thirsty 13th, LLC's "Motion to Withdraw Notice of Appeal" and see no reason not to grant it. We therefore grant the motion and dismiss Seth Washburne and Thirsty 13th, LLC's cross-appeal. *See* Tex. R. App. P. 42.1(a)(1), (b). Patrick Mahaffey's appeal remains pending.

PER CURIAM

PANEL: KERR, PITTMAN, and BIRDWELL, JJ.

DELIVERED: April 5, 2018

---

[1]*See* Tex. R. App. P. 47.4.